

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| JOHN GILBERT AND MARISSA GILBERT, | § | No. 08-20-00001-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | County Court at Law No. 3 |
| v. | | |
| | § | of El Paso County, Texas |
| MANNIE KALMAN, | | |
| | § | (TC# 2016DCV3628) |
| Appellee. | | |
| | § | |

## **O RDER**

On January 21, 2020, this Court issued an order for mediation referral. The order required the parties to make any objection to referral within ten days of the order. On January 31, 2020 Appellee filed an objection. The Court finds Appellee's objection persuasive.

Therefore, the Court ORDERS this appeal to continue, the appellate timetable suspension is lifted and the Record shall be filed in this Court on or before March 1, 2020.

IT IS SO ORDERED this 31st day of January, 2020.


PER CURIAM


Before Alley, C.J., Rodriguez and Palafox, JJ.